IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) JIMMIE L. STEVENSON,<br><br>                      Plaintiff,<br><br>v.<br><br>1) PERKINS AND MARIE CALENDER'S, LLC,<br>d/b/a PERKINS RESTAURANT AND BAKERY<br>a/k/a PERKINS FAMILY RESTAURANT,<br><br>                      Defendant. | Case No. 16-CV-01411-F<br><br>(District Court of Kay County,<br>Case No. CJ-2016-87 PC) |

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO REMAND

Before the court is defendant's Unopposed Motion to Remand, Dkt. #11 (the "Motion"). Having reviewed the Motion, the Court finds that the Motion should be and is hereby **GRANTED**.

Accordingly, it is hereby ordered that the above-entitled action is **REMANDED** to the District Court of Kay County, State of Oklahoma.

IT IS SO ORDERED this 22nd day of December, 2016.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-1411p002.PO.rev.wpd